B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Florida

In re   Arlene Valentina Sandoval
Debtor(s)

Case No.
Chapter   13

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 5,200.00 |
   | Prior to the filing of this statement I have received | $ 1,000.00 |
   | Balance Due | $ 4,200.00 |

2. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   Includes: Any and all services as needed or contemplated under the local rules, engagement letter and/or plan.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   This fee excludes any additional fees not contemplated by the local rules under the safe harbor guidelines for a Chapter 13 or as contemplated in the engagement letter for additional fees and services. This also includes any services that exceed the original estimated hours of combined work time for the Chapter 13 case. These additional fees may be subject to a fee application.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 9, 2025
*Date*

/s/ Aimee Melich
Aimee Melich
*Signature of Attorney*
Aimee Melich Law, P.A.
7480 Bird Road, Suite 601
Miami, FL 33155
(786) 583-8214   Fax:
aimee@melichlaw.com
*Name of law firm*